AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PEDRO LUIS RODRIGUEZ

**APPEARANCE**

Case Number: 07 MJ 983

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PEDRO LUIS RODRIGUEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 16, 2007 | *David J. Goldstein* (signature) |
| Date | Signature |
| | DAVID J. GOLDSTEIN |
| | Print Name / Bar Number |
| | 888 Grand Concourse |
| | Address |
| | Bronx, New York 10451 |
| | City / State / Zip Code |
| | (718) 665-9000 / (718) 665-9147 |
| | Phone Number / Fax Number |