

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

AUG 29 2007
CHAMBERS OF
WILLIAM H PAULEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-07

August 29, 2007

*By Fax (212) 805-6390*

Honorable William H. Pauley III
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re: *United States v. Maximo Gomez*, et al., 07 Cr. 783 (WHP)

Dear Judge Pauley:

    A pretrial conference in this matter is currently scheduled for Friday, August 31, 2007 at 3:00 p.m. The Government respectfully requests an adjournment of that conference. Ellyn Banks, Esq., counsel for defendant Marino Antonio Reyes, and David Goldstein, Esq., counsel for defendant Pedro Luis Rodrgiuez, have notified me that they have scheduling conflicts at that time. I have spoken with Your Honor's courtroom deputy who informed me that the Court is available to have the conference at 2:15 p.m. on September 10, 2007, and all defense counsel have indicated that they are available at that time as well. If the Court grants this adjournment, the Government respectfully requests that time be excluded under the Speedy Trial Act between now and the rescheduled conference so that the Government may make discovery to the defendants, the defendants can review the discovery with counsel and determine if any motions should be filed, and so that the parties can engage in plea discussions. I have spoken by telephone with counsel for each of the defendants and they consent to this application.

                                        Respectfully submitted,

Application Granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

8-29-07

                                        MICHAEL J. GARCIA
                                        United States Attorney

                             By: _____
                                    Joseph P. Facciponti
                                    Assistant United States Attorney
                                    Tel:   (212) 637-2522
                                    Fax:   (212) 637-2390

cc:     Loriano Guzman, Esq., counsel for Maximo Gomez (*By Fax (718) 892-8203*)
        Ellyn Banks, Esq., counsel for Marino Antonio Reyes (*By Fax (212) 962-9696*)
        David Goldstein, Esq., counsel for Pedro Luis Rodriguez (*By Fax (718) 665-9147*)

TOTAL P.01