LAW OFFICES

# GOLDSTEIN & WEINSTEIN

888 GRAND CONCOURSE

THE BRONX, NEW YORK 10451

(718) 665-9000

FAX: (718) 665-9147

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

DAVID J. GOLDSTEIN

BARRY A. WEINSTEIN

July 1, 2008

**<u>TRANSMITTED BY FACSIMILE &
DELIVERED BY HAND</u>**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

        Re:    United States v. Jose Rodriguez
                Docket No.: 07-CR-783

Your Honor:

    I write this letter to respectfully request an adjournment of the Sentence in this case, which is currently scheduled for Tuesday, July 8, 2008, for approximately one month. I will be on vacation on that date, and unavailable to proceed.

    I have spoken to Assistant United States Attorney Steven Kwok, and he consents to this request.

    Thank you for your consideration herein.

Respectfully submitted,

*David J. Goldstein*
DAVID J. GOLDSTEIN

DJG/yb

    cc:    AUSA Steve Kwok - Via Facsimile

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO AUGUST 22, 2008 AT 12:30 P.M.
SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
7-1-08