Law Offices
**GOLDSTEIN & WEINSTEIN**
**888 GRAND CONCOURSE**
**BRONX, NEW YORK 10451**

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN

TEL: (718) 665-9000
FAX: (718) 665-9147

August 1, 2008

**BY HAND AND ECF FILING**

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Pedro Luis Rodriguez
Docket No. 07 Cr. 783-02 (WHP)

Dear Judge Pauley:

I write this letter to set forth the defendant's objections to the Pre-sentence report (hereinafter "PSR"), and to provide additional information and documentation concerning the defendant and his background which were not included in the report. For all of the reasons set forth hereinafter, we respectfully suggest that the defendant should be afforded a reduction for minor role, which would reduce his Base Offense Level from 30 to 28, and his Adjusted Offense Level to 21, rather then the level of 27 contained in the PSR, and that a non-guideline sentence is appropriate in this case.[1]

With the decision of the United States Supreme Court invalidating the Sentencing Guidelines as a mandatory sentencing scheme, as well as the decision of the Second Circuit in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), this Court

---

1 The defendant entered a plea without the benefit of a plea agreement. The "Pimentel" letter submitted by Government contains a Base Offense Level of 32, predicated upon the Government's estimation of relevant conduct of more than 5 kilograms of cocaine, which has been adopted by Probation. We believe, however, that the offense conduct, including all relevant conduct, involved more than 3.5 kilograms, but less than 5 kilograms.

has the discretion to impose any "reasonable" sentence. The Government agrees that the defendant qualifies for the benefit of the "safety valve." Consequently, there is no mandatory minimum sentence required, and the only limitation upon this power is that the sentence must be reasonable. The *Booker/Fanfan, Crosby* decisions refer the court to Title 18 U.S.C. § 3553 (a), for a list of factors to be considered in making that determination.

**A. The defendant's role in the offense and relevant conduct**

The defendant was contacted by co-defendant, Maximo Gomez, and asked whether or not he could obtain 3 kilograms of cocaine for Gomez' customer. The defendant, who did not have his own drugs, contacted Marino Reyes, an associate of the defendant's uncle, to try to obtain the cocaine.

The defendant does not now, and has never disputed that he arranged for Reyes to provide 3 kilograms of cocaine to Gomez' customer, who turned out to be a confidential informant working for the Drug Enforcement Administration (hereinafter "DEA"). It is equally clear however, that the drugs did not belong to the defendant, and that he was never a supplier of any drugs in the literal sense. His role in this transaction, as well as in the other transactions he acknowledged during the numerous proffer sessions in which he participated, was limited to finding someone else who could provide the drugs for which he would be paid a relatively small amount of money.

The defendant admittedly bears the burden of establishing, by a preponderance of the evidence, that he is entitled to a role reduction. United States v. Shonubi, 998 F.2d 84, 90 (2d Cir. 1993). The determination is fact-specific and depends upon the nature of the defendant's relationship to other participants, the importance of his actions to the success of the venture and his awareness of the nature and scope of the criminal enterprise. United States v. Gomez, 103 F.3d 249, 254-55 (2d Cir. 1997). The defendant must show not only that he is less culpable than the participants in the charged conspiracy, but also that he is less culpable than the average participant in a narcotics conspiracy. United States v. Ajmal, 67 F.3d 12, 18 (2d Cir. 1995); United States v. Lopez, 937 F.2d 716, 728 (1991).

Applying these standards to the facts presented here, we believe that the evidence establishes that the defendant was both less culpable than the participants in this case and also less culpable than the average participant in a narcotics conspiracy. Consequently, we suggest that he should be afforded a two-point role reduction.

We also believe that the offense quantity should be less than the 5 kilograms which is the amount calculated in the PSR (¶ "27."). We believe that the Probation Department, as more fully described in paragraph "23." of the PSR, is relying solely upon the defendant's statements during his proffer sessions to calculate the quantity. As indicated in paragraph "25." of the PSR, and based upon my presence at a number of those sessions, I believe that the defendant admitted only three other transactions in which he participated, one for one kilogram of cocaine, and two other much smaller transactions, which when added to the three kilos in this case, aggregates less than 5 kilograms.

**B. The defendant's background**

The defendant, Jose Rodriguez, is currently 24 years of age, and a citizen of the Dominican Republic. He has no criminal record either in this country, or his native country. Prior to his arrest, he was living with Lillian Acosta and a family member in the Bronx. Lillian is the person who retained counsel in this case, and while the defendant expressed uncertainty about the prospects for their relationship in light of his deportation (PSR, ¶ "46."), she has remained supportive up to the date of the writing of this letter. She calls me on a weekly basis to inquire about the status and prospects of his case.

The defendant is the father of two young children. His mother currently maintains custody of his son, Raylin, age three. The defendant provided money to his mother to help care for his son from the jobs he was doing prior to his arrest. He was also responsible for providing money to help support his son, Junior, who lives with his mother and her parents in the Dominican Republic.

The defendant came to this country to attempt to make a better life for himself and to help provide for his two young sons. It was never his intention to become involved in any illegal activity. As reflected in the PSR, Mr. Rodriguez began to work immediately at a restaurant owned by his uncle Ramon as soon as he arrived

here. He continued to work at the restaurant until the restaurant closed.

He then attempted to make ends meet by working at odd jobs, however, the work was sporadic and extremely low paying. Unfortunately, he did not have enough money to live, let alone send money back to the Dominican Republic to help support his children.

His situation was worsened by the health problems that his mother was experiencing. Prior to that time, she was able to care for herself and the defendant's 3-year-old son. The defendant's father is a farm worker, who does not earn sufficient money to support the family.

As indicated in the documents annexed hereto as "Exhibit A," the defendant's mother currently suffers from a myriad of health problems. She is afflicted with a severe case of hypertension, as well as other illnesses which require a substantial amount of medication. I have provided the information concerning the medicines she takes to attempt to determine the exact nature of her medical problems to both a certified Spanish Interpreter, as well as a pharmacist, who is Dominican. Unfortunately, neither has been able to provide me with the nature of the other medical problems she suffers from.

**C. Sentencing Recommendation**

It appears clear that a sentence below the guideline range, which is ultimately calculated, is appropriate here. A non-guideline sentence is justified by the defendant's unblemished record, his family situation, and his mother's health problems.

A non-guideline sentence is also justified by the fact that the defendant will obviously be deported after the completion of whatever prison term is imposed by this court. While deportation of itself does not legally require the service of an additional prison term, it is an integral part of the punishment. Initially, after completing the service of his sentence in this case, it takes many months, during which the defendant will be incarcerated in county facilities, before he is actually deported. This is additional time in jail which will be not be credited to the prison term imposed by this court.

Further, deportation also negates the necessity of punishment for the purpose of individual deterrence. Obviously, when the defendant is deported he will no longer be at liberty in this country to commit any future crimes, assuming he had the intention of doing so. We also respectfully suggest that there is little difference to society, in terms of general deterrence, if the defendant receives a guideline sentence and is then deported, than if he receives a lesser sentence prior to deportation.

Additionally, we do not believe that a guideline sentence will have a substantially greater effect in the State of New York to deter individuals here from engaging in the type of conduct at issue here than a lesser sentence would.

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc: AUSA Chi T. Steve Kwok
by facsimile
w/encs.

USPO Colleen Tyler
by facsimile
w/encs.

# EXHIBIT A

*cretaría de Estado de Salud Pública y Asistencia Social*

**HOSPITAL REGIONAL UNIVERSITARIO**
**SAN VICENTE DE PAUL**
Laboratorio Clínico
Tel.: 809-588-2327
San Francisco de Macorís, R.D

# DEPARTAMENTO DE PARASITOLOGIA

**ALISIS MACROSCOPICO:**

OR: Marrón OLOR: ______ CONSISTENCIA: Blanda

**ALISIS QUIMICO:**

4,0 SANGRE OCULTA: Negativa

**ALISIS MICROSCOPICO:**

bacterias y levadura abundante

**SERVACIONES:**

HOSPITAL REGIONAL SAN VICENTE DE PAUL
Departamento de Parasitología

JARIO: Julia gonzalez FECHA: 23/08/07

DICO: ______ BIOANALISTA: [illegible]

A Y NO. CAMA: E7-#7803

IMPRESORA DEL NORDESTE • TEL. 809-244-1430



DISPENSARIO MEDICO
"Santa Ana"
Sonografía - Cardiología - Ginecología - Pediatría - Papanicolaus
Fundado el 28 de Enero de 1972
Rx
Nombre:
Fecha:
Edad:
Próxima Cita:



# DISPENSARIO MEDICO "Santa Ana"

RNC 41101416-7

Sonografía - Cardiología - Ginecología - Pediatría - Papanicolaus

Consulta General todos los días de 8:30 A.M. a 12:00 M. de 2:00 P.M. a 6:00 P.M., los Sábados de 8:30 A.M. a 12:00 M.

San Francisco de Macorís, Rep. Dom. * Tel.: 809-588-7542

Fundado el 25 de Enero de 1972

Rx

[illegible handwriting]

Nombre: [handwritten signature]

Fecha:

Edad:

Próxima Cita:

Impresos Selecciones RNC:05600109333 Nº. 01555

Imp. Selecciones, Tel.: 588-7399 Cel.: 809-436-8020

# DR. EMENEGILDO SANCHEZ E.

Neuro Cirujano

Post-grado Hospital José María Cabral y Báez (PUCMM)

CENTRO MEDICO SIGLO XXI
C/ La Cruz Esq. Duarte
San Fco. de Macorís, Rep. Dom.

Tel: 809-588-1717 ext. 245
Cel.: 829-717-2285
809-653-2009

Rx

Moxifloxacina - comp 500 mg. #3

uso: 1 cada 8 horas por 5 días

Nombre Julio Gonzales.

Dirección

FECHA 15/9/07.

06/26/2008 11:28 FAX 7189944937 PERSONAL-TUUCH 003/030

# LABORATORIO (Hoja de Resultados)

## QUIMICA SANGUINEA

EXAMEN ... RESULTADOS

Fosfatasa Acida ...

Fosfatasa Alcalina ...

Urea ...

Acido Urico 5.0 mg/dl V-R 3.5-7.0

Creatinina ...

Glucosa 125 mg/dl V-R 60-110

Colesterol 233 mg/dl V-R 150-250

Triglicéridos 625 mg/dl V-R 10-150

Bilirrubina ...

TGO ...

TGP ...

Potasio ...

Sodio ...

OBSERVACIONES ...

## HEMATOLOGIA

Cuadro Hemático

G.R. 4,142,000 G.B. 4,950

Neutrófilos 55 %

Linfocitos 45 %

Eosinófilos —

Monocitos —

Reticulocitos —

Plaquetas —

Hb 12.6

Hematocrito 38

VCM —

Basófilos —

T. de Protrombina ...

T. de Coagulación ...

T. de Sangría ...

V. de Sedimentación ...

Hematozoarios ...

Parásitos ...

Observaciones ...

## SEROLOGIA E INMUNOLOGIA

V.D.R.L. ...

Factor Reumatoide ...

Antiestreptolisina "O" ...

Proteína C Reactiva ...

Observaciones ...

## UROANALISIS Y COPROLOGIA

Orina (Cualitativo)

Color Amarillo

Densidad 1.010

Aspecto Ligero Turbio

Reacción Acida pH 5.0

Nitritos Negativo

Albúmina "

Glucosa "

Acetona "

Urobilinógeno "

Bilirrubina "

Sangre Oculta "

SEDIMENTO URINARIO

Epiteliales Algunos

Leucocitos 1-2/c

Hematíes 1-2 /c

Cristales —

Cilindros —

Cilindros Granulosos —

Bacterias Escasas

## PARASITOLOGICO

Investigación ...

Huevos de Parásitos ...

Investigación de ...

Sangre Oculta ...

Amebas ...

Investigación ...

Larvas ...

## DIVERSOS

Muestra de LIPIDOGRAMA :

HDL: 93 mg/dl

V-R 35-65

LDL: 15 mg/dl V-R HASTA 190

EXAMEN DEL LIQUIDO CEFALORAQUIDEO

...

Firma Responsable

06/26/2008 11:29 FAX 7189944937 PERSONAL-TOUCH

Form. Of. No 3

REPUBLICA DOMINICANA

**JUNTA CENTRAL ELECTORAL**

OFICIALIA DEL ESTADO CIVIL

CERTIFICADO DE DECLARACION DE NACIMIENTO

OFICIALIA DEL ESTADO CIVIL DE [illegible] El infrascrito CERTIFICA: que en el Libro-Registro de Nacimiento Num. 02707 Folio 130 marcada con el Núm. 330 del año 2007 de esta oficina, ha sido inscrita la declaración de nacimiento en fecha 5 del mes de [illegible] del año 2007, hecha por Maria Altagracia [illegible] Cédula de Identidad y Electoral Núm. 143-0001660-8 según la cual, el dia 14 del mes de febrero del año 2005 nació en [illegible] un niño Raylin [illegible] hij_ de la [illegible] y [illegible]

Expedido en [illegible] el dia 30 del mes de [illegible] del año 2007

[signature]

OFICIAL DEL ESTADO CIVIL

DR. EMENEGILDO SANCHEZ E.
Neuro Cirujano
Post-grado Hospital José María Cabral y Báez (PUCMM)

CENTRO MEDICO SIGLO XXI
C/ La Cruz Esq. Duarte
San Fco. de Macorís, Rep. Dom.

Tel: 809-588-1717ext. 245
Cel: 829-717-2285
809-653-2009

Rx

* Nasonex. Spray nasal
aplicar 2 veces al día por 5 días

Nombre Julio Gorgoles
Dirección
FECHA 15/9/07.

DISPENSARIO MEDICO
"Santa Ana"
RNC 411101416-7

Sonografía - Cardiología - Ginecología - Pediatría - Papanicolaus
Consulta General todos los días de 8:30 A.M. a 12:00 M. de 2:00 P.M. a 6:00 P.M.
los Sábados de 8:30 A.M. a 12:00 M.
San Francisco de Macorís, Rep. Dom. * Tel.: 809-588-7542

Fundado el 25 de Enero de 1972

Rx

Nombre:
Fecha:
Próxima Cita:
Edad:

Impresos Selecciones
RNC 05600109303
Nº 01555

**MATERNO INFANTIL DEL NORDESTE**
**CALLE SALCEDO ESQ. PADRE BREA S.F.M.**
**Teléf.: 809-588-7080/ 138 Fax: 809-7251505**

**Registrando fecha de inicio** 9/11/2007 — **INFORME RESUMEN ECG HOLTER** — **Registrando tiempo de inicio** 10:00

Nombre pacte.: GONZALEZ JULIA — No. ID000000455
Dirección: GENIMO — Edad: 44 Fecha nac. 3/9/1963 Sexo:
Marcapasos: Ninguno — Peso: Talla:
Supervisado por Médico: DR. ROMANO — Referente Médico: DR ROMERO
Indicaciones: D/C DISRRITMIA
Medicamentos:

| FREC. CARD. | | ECTOPIA VENTRICULAR | | VARIAB. FRECUENCIA CARD. | |
|---|---|---|---|---|---|
| HR mín.-4 intervalo: | 60 bpm a 3:13 | VE total: | 0 | SDNN-24 horas | 99 |
| HR máx.-4 intervalo: | 142 bpm a 9:05 | V-par total: | 0 | SDANN índice: | 92 |
| HR promedio-24hs.: | 94 bpm | V-Corr. total: | 0 | SDNN índice: | 39 |
| HR mín.-cada hora: | 77 bpm a 3:00 | V-Corr más largo: | N/A | rMSSD: | 32 |
| HR máx.-cada hora: | 116 bpm a 8:00 | V-Corr HR máx.: | N/A | pNN50: | 12 |
| | | V-Corr HR mín.: | N/A | Potencia espectral-24 hrs.: | 1401.0 |
| Latidos analizados: | 131357 | VE por 1000/por hora: | 0.0 | Potencia espectral mín. hr.: | 578.5 |
| Minutos analizados: | 1432 | R sobre T ventricular: | N/A | Potencia espectral máx. hr.: | 3382.8 |

| ANÁLISIS SEGMENTO ST | | ECTOPIA SUPRA-VENTRICULAR | | BRADICARDIA / QT | |
|---|---|---|---|---|---|
| Mín. totales ST can. 1: | 0 | SVE total | 0 | Pausas sobre 2.5 seg: | 0 |
| Mín. totales ST can. 2: | 0 | SV-Corr total: | 0 | Pausa máx.: | N/A |
| Mín. totales ST can. 3: | 0 | SV-Corr más largo: | N/A | **QT** | |
| Depresión máx. delta ST: | -0.4 a 08.27 | SV-Corr HR máx. | N/A | QT máx. | 395 ms (Can. 1) |
| Elevación máx. delta ST: | +0.4 a 17:43 | SVE por 1000/por hora. | 0.0 | QTc máx. | 464 ms |
| Episodio ST máx.: | N/A | Pulso aberrante total: | 4 | Tiempo de QT/QTc máx.: | en 21:15. HR 83 bpm. |
| HR máx. en episodio ST | 0 | Fib/Morm. auricular: | N/A | Bloque de rama fascículo His (BBB). | N/A |

EVENTOS ECG RELEVANTES

03:13 — HR mín.

09:05 — HR máx.

Desnudo del tiempo HRV — HRV espectral

CONCLUSIONES

Frec. card. promedio fue 94.Frec. card. min fue 60 en 03.13 Frec. card. máx. fue 142 en 09:05.Se obtuvo pausas mayores a 2 obtuvo 0 ectopia ventric., con 0 V-Corr y V-par, 0 eventos de bigeminismo y trigeminismo ventric.Se obtuvo 0 ectopia supra-ventric. co eventos de bigeminismo y trigeminismo supra-ventric Fib(Flu) A total fue 0 Minutos totales de episodio ST 0.

DX, DISRRITMIA CARDIACA TIPO TAQUICARDIA SINUSAL.

Firma del médico: [signature]

9/11/2007
GONZALEZ JULIA
Informe tendencias de 24 hrs.
Frecuencia cardiaca (Máx/Prom/Min)
Frec. card. máx. 142
Frec. card. min. 60
Delta máx. Desviación ST Can. 1
Can. 1
Nivel Delta ST 3.1f mm 0
Frecuencia cardiaca Variabilidad SDNN 99
Histograma RR de 24 hrs.
Espectral Potencia 1401.0
Potencia espectral a 24hrs.
Latidos VE por hora
Evento V-Corr
Latidos SVE por hora
Evento SV-Corr

| Tiempo | Total Latidos | Prom. HR | Min HR | Max HR | SDNN | Espectral Potencia | Delta ST Can 1 | | Delta ST Can 2 | | Delta ST Can 3 | | VE | VPar | VCorr | SVE | SV Correr | Pausa > 2.5 seg | SV-Bige | SV-Trige | V-Bige | V-Trige |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | 5844 | 110 | 98 | 122 | 46 | 1313.3 | 0 | -0.3 | 0 | 0.1 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11:00 | 5903 | 108 | 100 | 128 | 38 | 868.4 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12:00 | 5507 | 104 | 95 | 118 | 37 | 981.5 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13:00 | 6179 | 111 | 101 | 122 | 32 | 621.3 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14:00 | 6184 | 104 | 98 | 132 | 39 | 578.5 | 0 | 0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15:00 | 6032 | 113 | 101 | 128 | 37 | 870.[illegible] | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16:00 | 6006 | 102 | 94 | 113 | 41 | 1167.3 | 0 | 0.1 | 0 | 0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17:00 | 6118 | 107 | 97 | 130 | 40 | 957.2 | 0 | -0.1 | 0 | 0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18:00 | 5812 | 99 | 89 | 110 | 43 | 1119.8 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19:00 | 5910 | 100 | 91 | 116 | 40 | 1223.2 | 0 | -0.1 | 0 | 0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20:00 | 5699 | 97 | 88 | 110 | 44 | 1310.0 | 0 | -0.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21:00 | 5142 | 86 | 81 | 105 | 62 | 869.9 | 0 | 0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22:00 | 4951 | 82 | 76 | 88 | 44 | 1146.5 | 0 | 0.0 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23:00 | 4951 | 87 | 78 | 95 | 43 | 1421.4 | 0 | 0.0 | 0 | -0.1 | 0 | +0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0:00 | 4818 | 80 | 73 | 84 | 50 | 1657.2 | 0 | 0.1 | 0 | 0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1:00 | 4730 | 79 | 73 | 83 | 46 | 1173.1 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:00 | 4654 | 78 | 74 | 83 | 48 | 2055.4 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3:00 | 4637 | 77 | 73 | 93 | 50 | 1645.9 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4:00 | 4659 | 78 | 73 | 80 | 56 | 2001.5 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5:00 | 4855 | 81 | 73 | 105 | 68 | 1582.8 | 0 | 0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6:00 | 4945 | 82 | 77 | 94 | 56 | 1624.1 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7:00 | 5584 | 94 | 77 | 110 | 77 | 2377.7 | 0 | -0.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8:00 | 6571 | 116 | 104 | 140 | 13 | 1115.9 | 0 | 0.4 | 0 | 0.3 | 0 | -0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9:00 | 5676 | 106 | 97 | 128 | 60 | 1474.1 | 0 | -0.2 | 0 | -0.1 | 0 | 0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10:00 | 0 | N/A | N/A | N/A | 0 | N/A | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totales | 131357 | 94 | 73 | 140 | 99 | 1401.0 | 0 | -0.4 | 0 | 0.3 | 0 | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



06/26/2008 11:30 FAX 7188944937 PERSONAL-TOUCH 013/030

9/11/2007
GONZALEZ JULIA
Análisis QTc y QT de 3 canales
QTc máx.: 21:15
QTc
Análisis QTc validado:
<= 450 ms ...... 0.00% N
> 450 ms ...... 100.00% ABN
> 490 ms ...... 0.00% ABN+
QTc máx. @ 21:15 ...... 464 ms
QT máx. @ 21:15 ...... 395 ms
Rango normal QTc: 350 » 450 ms
Rango (ms)
< 350
350-370
370-390
390-410
410-430
430-450
450-470
470-490
490-510
> 510
Can. 1
HR
QTc
QT
Can. 2
Can. 3
Can. 1
Can. 2
Can. 3

| Rango (ms) | < 350 | 350-370 | 370-390 | 390-410 | 410-430 | 430-450 | 450-470 | 470-490 | 490-510 | > 510 |
|---|---|---|---|---|---|---|---|---|---|---|
| QTc | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| QT | 0.00% | 0.00% | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Comentarios

Firma del médico:

9/11/2007 GONZALEZ JULIA Informe variab. frec. card.

HRV RELATIVO A FREC. CARD.

| QTY 5 min. | FREC. CARD. | SDNN |
|---|---|---|
| 0 | >= 170 | 0 |
| 0 | 140 - 169 | 0 |
| 0 | 110 - 139 | 0 |
| 205 | 80 - 109 | 74 |
| 075 | 50 - 79 | 134 |
| 0 | <= 49 | 0 |

RIESGO DEL PACTE. (*)
SDNN A 24 HRS 99

| | | |
|---|---|---|
| 0 | | 0 |
| | ALTO RIESGO | |
| 50 | | 50 |
| | RIESGO MEDIO | |
| 100 | | 100 |
| | BAJO RIESGO | |
| 150 | | 150 |

POTENCIA ESPECTRAL

| POTENCIA TOTAL | | FREC. MUY BAJA | | BAJA FRECUENCIA | | ALTA FRECUENCIA | |
|---|---|---|---|---|---|---|---|
| 0.000 a 0.500 Hz | 1401.0 | 0.003 a 0.040 Hz | 714.9 | 0.010 a 0.150 Hz | 376.2 | 0.150 a 0.401 Hz | 286.2 |

| DOMINIO DEL TIEMPO Tiempo | Total Latidos # | Calificado Latidos # | Media RR (mSeg) | SDNN (mSeg) | SDANN (mSeg) | SDNN INDICE (mSeg) | rMSSD (mSeg) | pNN50 (%) |
|---|---|---|---|---|---|---|---|---|
| Tiempo: 24 horas | 131357 | 124620 | 638.2 | 99 | 92 | 39 | 32 | 12 |

9/11/2007
GONZALEZ JULIA
1.0x 2.0x 1.5x of 10 mm/mv
25mm/sec
HR
ms
15:05:00
15:05:08
15:05:16



06/26/2008 11:31 FAX 7189944937 PERSONAL-TOUCH 016/030

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 213 | 264 | 116 | 114 | 116 | 116 | 116 | 118 | 118 | 118 | 118 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 281 | 226 | 515 | 523 | 515 | 515 | 515 | 507 | 507 | 507 | 515 |
| | | S | | | | | | | | | |

15:05:52

| HR | 120 | 120 | 121 |
|---|---|---|---|
| ms | 500 | 500 | 492 |

15:06:00

| HR | 156 | 120 | 118 | 114 | 116 | 112 | 116 | 112 | 114 |
|---|---|---|---|---|---|---|---|---|---|
| ms | 382 | 500 | 507 | 523 | 515 | 531 | 515 | 531 | 523 |

15:06:08

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 114 | 118 | 116 | 116 | 120 | 118 | 118 | 118 | 121 | 120 | 120 | 118 | 116 | 114 | 116 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 523 | 507 | 515 | 515 | 500 | 507 | 507 | 507 | 492 | 500 | 500 | 507 | 515 | 523 | 515 |

15:06:52

| HR | 112 | 112 | 116 | 111 | 121 | 116 | 112 | 120 | 112 | 109 | 123 | 118 | 121 | 116 | 130 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 531 | 531 | 515 | 539 | 492 | 515 | 531 | 500 | 531 | 546 | 484 | 507 | 492 | 515 | 460 |

15:07:00

| HR | 112 | 99 | 96 | 94 | 97 | 99 | 102 | 102 | 53 | 112 | 108 | 111 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 531 | 601 | 625 | 632 | 617 | 601 | 585 | 585 | 1117 | 531 | 554 | 539 |

15:07:08

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 118 | 116 | 118 | 118 | 121 | 123 | 130 | 125 | 121 | 128 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 507 | 515 | 507 | 507 | 492 | 484 | 460 | 476 | 492 | 468 | 453 |

14:56:35

| HR | 125 | 125 | 118 | 130 | 125 | 125 | 125 | 118 | 125 | 134 | 125 | 120 | 132 | 125 | 125 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 476 | 507 | 460 | 476 | 476 | 476 | 507 | 476 | 445 | 476 | 500 | 453 | 476 | 476 | 500 |

14:56:43

| HR | 125 | 123 | 121 | 118 | 114 | 118 | 125 | 116 | 125 | 116 | 118 | 116 | 111 | 128 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 484 | 492 | 507 | 523 | 507 | 476 | 515 | 476 | 515 | 507 | 515 | 539 | 468 | 500 |

14:56:51



9/11/2007
GONZALEZ JULIA
1.0x 2.0x 1.5x of 10 mm/mv
25mm/sec
HR
ms
10:23:26
10:23:34
10:23:42

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 130 | 125 | 134 | 132 | 132 | 128 | 142 | 137 | 132 | 137 | 132 | 125 | 109 | 108 | 111 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 460 | 476 | 445 | 453 | 453 | 468 | 421 | 437 | 453 | 437 | 453 | 476 | 546 | 554 | 538 |

09:10:59

| HR | 106 | 102 | 109 | 112 | 116 | 128 | 120 | 134 | 128 | 121 | 128 | 132 | 125 | 128 | 128 | 130 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 562 | 585 | 546 | 531 | 515 | 468 | 500 | 445 | 468 | 492 | 468 | 453 | 476 | 468 | 468 | 460 |

09:11:07

| HR | 128 | 125 | 121 | 118 | 128 | 118 | 132 | 128 | 128 | 125 | 123 | 120 | 120 | 123 | 118 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 468 | 476 | 492 | 507 | 468 | 507 | 453 | 468 | 468 | 476 | 484 | 500 | 500 | 484 | 507 |

09:11:15

06/26/2008 11:32 FAX 7189944937 PERSONAL-TOUCH 021/030

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

HR 125 125 125 130 130 125 139 123 120 111 112 109
ms 476 476 476 460 460 476 429 464 500 539 531 546

HR 105 106 109 120 130 130 130 125 120 108
ms 570 562 546 468 460 460 460 476 500 554

11:43:04

HR 120 121 112 101 98 94 92 46 103 99 103 106
ms 500 492 531 593 609 632 648 1296 578 601 578 562

11:43:12

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 118 | 120 | 123 | 125 | 125 | 125 | 123 | 121 | 128 | 125 | 121 | 118 | 118 | 121 | 125 | 128 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 507 | 500 | 484 | 476 | 476 | 476 | 484 | 492 | 468 | 476 | 492 | 507 | 507 | 492 | 476 | 468 |

08:30:57

| HR | 125 | 121 | 132 | 130 | 130 | 130 | 130 | 132 | 130 | 132 | 132 | 137 | 134 | 134 | 132 | 130 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 492 | 453 | 460 | 460 | 460 | 460 | 453 | 460 | 453 | 453 | 437 | 445 | 445 | 453 | 460 |

08:31:05

| HR | 123 | 125 | 123 | 132 | 130 | 128 | 130 | 123 | 112 | 99 | 93 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 484 | 476 | 484 | 453 | 460 | 468 | 460 | 484 | 531 | 601 | 640 |

08:31:13

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 78 | 78 | 78 | 73 | 73 | 79 | 79 | 78 | 81 |
|---|---|---|---|---|---|---|---|---|---|
| ms | 765 | 765 | 765 | 812 | 812 | 757 | 757 | 765 | 734 |

03:12:55

| HR | 88 | 87 | 89 | 77 | 77 | 37 | 71 | 79 | 89 |
|---|---|---|---|---|---|---|---|---|---|
| ms | 679 | 687 | 671 | 773 | 773 | 1609 | 835 | 757 | 671 |

03:13:03

| HR | 88 | 86 | 86 | 80 | 77 | 77 | 82 | 80 | 82 | 84 |
|---|---|---|---|---|---|---|---|---|---|---|
| ms | 679 | 695 | 695 | 750 | 773 | 773 | 726 | 742 | 726 | 710 |

03:13:11

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 132 | 125 | 132 | 120 | 130 | 131 | 125 | 121 | 125 | 123 | 128 | 125 | 118 | 123 | 125 | 128 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 453 | 476 | 453 | 500 | 460 | 492 | 476 | 492 | 476 | 484 | 468 | 476 | 507 | 484 | 476 | 468 |

09:04:55

| HR | 125 | 139 | 130 | 142 | 137 | 134 | 137 | 147 | 142 | 142 | 142 | 139 | 134 | 128 | 109 | 109 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 429 | 460 | 421 | 437 | 445 | 437 | 406 | 421 | 421 | 421 | 429 | 445 | 468 | 546 | 546 |

09:05:03

| HR | 105 | 118 | 114 | 116 | 116 | 120 | 125 | 121 | 125 | 121 | 137 | 130 | 130 | 130 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 570 | 507 | 523 | 515 | 515 | 500 | 476 | 492 | 476 | 492 | 437 | 460 | 460 | 460 | 453 |

09:05:11

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 118 | 112 | 125 | 123 | 116 | 109 | 108 | 114 | 111 |
|---|---|---|---|---|---|---|---|---|---|
| ms | 507 | 531 | 476 | 484 | 515 | 546 | 554 | 523 | 539 |

12:59:16

| HR | 112 | 116 | 114 | 116 | 116 | 120 | 116 | 116 | 116 | 116 | 112 | 114 | 114 | 111 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 531 | 515 | 523 | 515 | 515 | 500 | 515 | 515 | 515 | 515 | 531 | 523 | 523 | 539 |

12:59:24

| HR | 108 | 109 | 120 | 116 | 118 | 120 | 121 | 121 | 120 | 178 |
|---|---|---|---|---|---|---|---|---|---|---|
| ms | 554 | 546 | 500 | 515 | 507 | 500 | 492 | 492 | 500 | 335 |

12:59:32

06/26/2008 11:33 FAX 7189944937 PERSONAL-TOUCH 026/030

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

| HR | 123 | 123 | 118 | 120 | 120 | 123 | 118 | 130 | 123 | 125 |
|---|---|---|---|---|---|---|---|---|---|---|
| ms | 484 | 488 | 507 | 500 | 500 | 484 | 507 | 460 | 484 | 476 |

12:59:52

| HR | 125 | 125 | 123 | 120 | 118 | 125 | 116 | 111 | 114 | 105 |
|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 476 | 484 | 500 | 507 | 476 | 515 | 539 | 523 | 570 |

13:00:00

| HR | 114 | 112 | 108 | 108 | 109 | 109 | 108 | 102 | 105 | 111 |
|---|---|---|---|---|---|---|---|---|---|---|
| ms | 523 | 531 | 554 | 554 | 546 | 546 | 554 | 585 | 570 | 539 |

13:00:08

# LABORATORIO (Hoja de Resultados)

## QUIMICA SANGUINEA

EXAMEN: ______ RESULTADOS

Fosfatasa Acida ______ Uds.

Fosfatasa Alcalina ______

Urea ______ Mg.

Acido Urico ______

Creatinina ______

Glicemia ______

Colesterol ______

Triglicéridos ______

Bilirrubina ______

TGO ______

TGP ______

Fósforo ______ Mgrs.

Calcio ______

Anti-HIV ______

OBSERVACIONES ______

## HEMATOLOGIA

Cuadro Hemático

G. B. ______ mm3 G. B. ______ mm3

Neutrófilos: ______

Linfocitos: ______

Eosinófilos ______

Monocitos: ______

Reticulocitos ______

Plaquetas: ______

Hb. ______ Gr ______ %V. G ______

Hematocrito ______ %HCM ______ mgrs.

VCM ______ m3 CHCM: ______

Falcemia: ______

---

T. de Protrombina: ______

T. de Coagulación ______

T. de Sangría ______

V. de Sedimentación ______

Hematozoarios ______

Parásitos ______

Observaciones ______

## SEROLOGIA E INMUNOLOGIA

V. D. R. L. ______

Factor reumatoideo ______

Antiestreptolisina "O" ______

Ct. Células L. E. ______

Proteína C. Reactiva ______

Observaciones ______

## UROANALISIS Y COPROLOGIA

Orina (Cualitativo)

Color: *Amarillo*

Densidad: *1.020*

Aspecto: *Turbio*

Reacción: *Acida* PH. *6.0*

Nitrito *negativo*

Albúmina *"*

Glucosa *"*

Acetona *"*

Urobilinógeno *"*

Bilirrubina *"*

Sangre Oculta *"*

EXAMEN MICROSCOPICO ______

Epitelios *algunos*

Leucocitos *abundantes*

Hematíes *–*

Cristales *–*

F. Mucus *–*

Cilindros Hial. *–*

Cilindros Granulosos *–*

Bacterias *algunas*

---

## PARASITOLOGICO

Investigación

Huevos de Parásitos ______

Investigación de

Sangre Oculta ______

Investigación de

Amibas ______

Investigación de

Larvas ______

## DIVERSOS

Muestra de *Antígenos febriles*

Examen Indicado ______

Informe *Proteus OX-19 1:320*

*Salm grupo B 1:160*

## EXAMEN DEL LIQUIDO CEFALO-RAQUIDEO

Color ______

Aspecto ______

Contaje de Células ______

Globulina ______

Gamma Globulina ______

V. D. R. L. ______

Reacción de Longer ______

Prueba de Embarazo { Orina ______ / Suero ______ }

[signature]

Firma Responsable

08/28/2008 11:39 FAX PERSONAL-1000H 028/030

# HEMATOLOGIA I

## HEMOGRAMA COMPLETO

| | | |
|---|---|---|
| Hemoglobina | gm/dl | % |
| Hematocrito | | % |
| Eritrocitos | | /mm³ |
| Leucocitos | | /mm³ |

| INDICES HEMATICOS | | Valores de Referencia | |
|---|---|---|---|
| VCM | $\mu^3$ | 81-104 | $\mu^3$ |
| HCM | $\mu\mu gm$ | 27-31 | $\mu\mu gm$ |
| CHCM | % | 32-36 | % |

## RECUENTO DIFERENCIAL

| | | | |
|---|---|---|---|
| Mieloblasto | % | Segmentados | % |
| Promielocitos | % | Linfocitos | % |
| Mielocitos | % | Monocitos | % |
| Metamielocito | % | Eosinófilos | % |
| Bandas | % | Basófilos | % |

## OBSERVACIONES:

| | |
|---|---|
| Hipocromía | Poiquilocitosis |
| Anisocitosis | Céls. en diana |
| Macrocitosis | Céls. crenadas |
| Microcitosis | Macroplaquetas |

| DETERMINACION | RESULTADOS | Valor de referencia |
|---|---|---|
| Eritrosedimentación | mm/h | |
| Conteo Eosinófilos | /mm³ | |
| Conteo Plaquetas | /mm³ | |
| Conteo Reticulocitos | % | |
| Reticulocitos Corregidos | | |
| | | |
| Inv. Células L.E | | |
| Inv. Hematozoarios | | |

63 70-110

negativo

## PARASITOLOGIA
## INVESTIGACION SANGRE OCULAR

## INVESTIGACION PARASITOS

## TIPIFICACION

## SEROLOGIA

VDRL (Cuantitativo)

UDRL (Cualitativo)

CRP

ASO

FR

HIV

HBSAG

HVC

FIRMA RESPONSABLE

# HEMATOLOGIA I

HEMOGRAMA COMPLETO

| | | |
|---|---|---|
| Hemoglobina | grs% | % |
| Hematocrito | | % |
| Eritrocitos | | mm³ |
| Leucocitos | | mm³ |

INDICES HEMATICOS Valores de Referencia

| | | | |
|---|---|---|---|
| VCM | [illegible] | 81-104 | [illegible] |
| PCM | [illegible] | 27-31 | [illegible] |
| CHCM | | 33-36 | % |

RECUENTO DIFERENCIAL

| | | | |
|---|---|---|---|
| Mieloblasto | % | Segmentados | % |
| Promielocito | % | Linfocitos | % |
| Mielocitos | % | Monocitos | % |
| Metamielocito | % | Eosinófilos | % |
| Basinas | % | Basófilos | % |

OBSERVACIONES:

| | |
|---|---|
| [illegible] | [illegible] |
| Anisocitosis | [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |

| DETERMINACION | RESULTADOS | Valor de referencia |
|---|---|---|
| [illegible] | [illegible] | |
| [illegible] | mm³ | |
| [illegible] | [illegible] | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |

Firma Bioanalista

Fecha No. de Lab.

| Determinación | Resultado | Unidades | Valores Normales |
|---|---|---|---|
| [illegible] | | mg % | |
| [illegible] | | gr % | [illegible] |
| [illegible] | | gr % | 3.4-4.8 |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | [illegible] |
| [illegible] | | mg % | |
| Glucosa (Ayunas) | 108 | mg % | 70-110 |
| Glucosa Postprandial | | mg % | |
| Glucosa [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | |
| [illegible] | | mg % | [illegible] |
| [illegible] | | | |

Comentario: Ayunas F= Pastis 3/19/03 AB

| Determinación | Resultado | Unidades | Valores Normales |
|---|---|---|---|
| Acidosis | | [illegible] | [illegible] |
| CPK | [illegible] | | [illegible] |
| LDH | | [illegible] | [illegible] |
| Triglicéridos | | [illegible] | |
| Colesterol | | mg % | |
| Fosfolípidos | | mg % | [illegible] |
| Lípidos Totales | | | |
| Bilirrubina | | mg % | [illegible] |
| Total | | mg % | [illegible] |
| Directa | | mg % | [illegible] |
| SGOT | | [illegible] | [illegible] |
| SGPT | | [illegible] | [illegible] |
| Fosfatasa Alcalina | | | |
| GGPT | | [illegible] | [illegible] |
| Turbidez de timol | | [illegible] | [illegible] |
| BSP | | [illegible] | [illegible] |
| Amilasa | | [illegible] | [illegible] |
| Fosfatasa ácida | | | |
| [illegible] | | | |
| Colinesterasa | | | |
| [illegible] | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] |
| Hierro | | | [illegible] |

Tecnólogo Médico

Fecha

PARASITOLOGIA

INVESTIGACION SANGRE OCULAR

INVESTIGACION PARASITOS

TIPIFICACION

SEROLOGIA

VDRL (Cardiolipina)

LCF (Cuantitativo)

CPR

ASO

FR

[illegible]

[illegible]

[illegible]

FIRMA RESPONSABLE

08/28/2008 11:54 FAX PERSONAL-TOUCH 029/030

# HEMATOLOGIA I

**HEMOGRAMA COMPLETO**

Hemoglobina 12.9 gr/dl
Hematocrito 35.6
Eritrocitos 3,990,000
Leucocitos 7,200

**INDICES HEMATICOS** Valores de Referencia

VCM 89.2
HCM 32.3
CHCM 36.2

**RECUENTO DIFERENCIAL**

Mielocitos % Segmentados 55 %
Promielocitos % Linfocitos 45 %
Metamielocitos % Monocitos %
Bandas % Basófilos %

**OBSERVACIONES:**

Policromatofilia
Anisocitosis
Poiquilocitosis
Microcitosis

DETERMINACION RESULTADOS

Eritrocitos nucleados
Eosinófilos
Conteo Plaquetas 281,000 (150 - 450,000)
Conteo Reticulocitos %
Tiempo de Coagulación
Tiempo de Sangría

Fecha

[illegible]

84 / 2010

[illegible]

PARASITOLOGIA
INVESTIGACION EN SANGRE OCULTA

INVESTIGACION PARASITOS

TIPIFICACION

SEROLOGIA

VDRL (Cualitativa)
VDRL (Cuantitativa)
PCR
ASO
FR

HIV
HBsAG

FIRMA RESPONSABLE

# HOSPITAL REGIONAL SAN VICENTE DE PAUL

CALLE CRISTINO ZENO ESQ. LUPERON, SAN FCO DE MACORIS

TEL: 809-588-2327

*Datos Paciente*

Nombre

JULIA FALCONERYS
, GONZALEZ

Sexo

Mujer

Fecha Nacimiento

Análisis realizado por

EXT.

Otros datos

699

Tipo de Muestra SER

Fecha 2/11/2008

| Técnica | Valor | Unidades | Rango Referencia | Observaciones |
|---|---|---|---|---|
| CHOL LDL DIRECT | 199 | mg/dL | 30-150 | Alto |
| CHOL HDL DIRECT | 51.8 | mg/dL | 35-60 | |
| TRIGLYCERIDES | 166 | mg/dL | 35-150 | Alto |
| CHOLESTEROL | 280 | mg/dL | 123-200 | Alto |

HOSPITAL REGIONAL
SAN VICENTE DE PAUL
Depto. [illegible]

Fco Gil

06/26/2008 11:28 FAX 7189944937 PERSONAL-TOUCH 006/030

HOSPITAL REGIONAL SAN VICENTE DE PAUL

[illegible]

[illegible]

[illegible]

TEL [illegible]

Interim Report

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | Doctor | |
| [illegible] | [illegible] | Location | [illegible] |
| [illegible] | | Age | |
| Sample ID | [illegible] | Sex | [illegible] |
| Collected by | Date Collected | Time Collected | |
| Comments | | Verified by: | SYSTEM |

[illegible]

Processed [illegible]

| Hemogram | Results | Flag | Ref. Range | Units |
|---|---|---|---|---|
| WBC | [illegible] | | [illegible] | [illegible] |
| RBC | [illegible] | | [illegible] | [illegible] |
| HGB | [illegible] | | [illegible] | [illegible] |
| HCT | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| PLT | [illegible] | | [illegible] | [illegible] |

WBC
RBC
PLT

| Auto Diff | Results | Flag | Ref. Range | Units |
|---|---|---|---|---|
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |
| [illegible] | [illegible] | | [illegible] | [illegible] |

Departamento Hematología