Law Offices
# GOLDSTEIN & WEINSTEIN
**888 GRAND CONCOURSE**
**BRONX, NEW YORK 10451**

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN
9147

TEL: (718) 665-9000
FAX: (718) 665-

August 1, 2008

## BY HAND AND ECF FILING

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    United States v. Pedro Luis Rodriguez
>        Docket No. 07 Cr. 783-02 (WHP)

Dear Judge Pauley:

I write this letter to set forth the defendant's objections to the Pre-sentence report (hereinafter "PSR"), and to provide additional information and documentation concerning the defendant and his background which were not included in the report. For all of the reasons set forth hereinafter, we respectfully suggest that the defendant should be afforded a reduction for minor role, which would reduce his Base Offense Level from 30 to 28, and his Adjusted Offense Level to 21, rather then the level of 27 contained in the PSR, and that a non-guideline sentence is appropriate in this case.[1]

With the decision of the United States Supreme Court invalidating the Sentencing Guidelines as a mandatory sentencing scheme, as well as the decision of the Second Circuit in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), this Court

---

[1]

The defendant entered a plea without the benefit of a plea agreement. The "Pimentel" letter submitted by Government contains a Base Offense Level of 32, predicated upon the Government's estimation of relevant conduct of more than 5 kilograms of cocaine, which has been adopted by Probation. We believe, however, that the offense conduct, including all relevant conduct, involved more than 3.5 kilograms, but less than 5 kilograms.

Honorable William H. Pauley, III
August 1, 2008
Page 2

has the discretion to impose any "reasonable" sentence. The Government agrees that the defendant qualifies for the benefit of the "safety valve." Consequently, there is no mandatory minimum sentence required, and the only limitation upon this power is that the sentence must be reasonable. The *Booker/Fanfan, Crosby* decisions refer the court to Title 18 U.S.C. § 3553 (a), for a list of factors to be considered in making that determination.

## A.  The defendant's role in the offense and relevant conduct

The defendant was contacted by co-defendant, Maximo Gomez, and asked whether or not he could obtain 3 kilograms of cocaine for Gomez' customer. The defendant, who did not have his own drugs, contacted Marino Reyes, an associate of the defendant's uncle, to try to obtain the cocaine.

The defendant does not now, and has never disputed that he arranged for Reyes to provide 3 kilograms of cocaine to Gomez' customer, who turned out to be a confidential informant working for the Drug Enforcement Administration (hereinafter "DEA"). It is equally clear however, that the drugs did not belong to the defendant, and that he was never a supplier of any drugs in the literal sense. His role in this transaction, as well as in the other transactions he acknowledged during the numerous proffer sessions in which he participated, was limited to finding someone else who could provide the drugs for which he would be paid a relatively small amount of money.

The defendant admittedly bears the burden of establishing, by a preponderance of the evidence,  that he is entitled to a role reduction. United States v. Shonubi, 998 F.2d 84, 90 (2d Cir. 1993). The determination is fact-specific and depends upon the nature of the defendant's relationship to other participants, the importance of his actions to the success of the venture and his awareness of the nature and scope of the criminal enterprise. United States v. Gomez, 103 F.3d 249, 254-55 (2d Cir. 1997). The defendant must show not only that he is less culpable than the participants in the charged conspiracy, but also that he is less culpable than the average participant in a narcotics conspiracy. United States v. Ajmal, 67 F.3d 12, 18 (2d Cir. 1995); United States v. Lopez, 937 F.2d 716, 728 (1991).

Honorable William H. Pauley, III
August 1, 2008
Page 3

Applying these standards to the facts presented here, we believe that the evidence establishes that the defendant was both less culpable than the participants in this case and also less culpable than the average participant in a narcotics conspiracy. Consequently, we suggest that he should be afforded a two-point role reduction.

We also believe that the offense quantity should be less than the 5 kilograms which is the amount calculated in the PSR (¶ "27."). We believe that the Probation Department, as more fully described in paragraph "23." of the PSR, is relying solely upon the defendant's statements during his proffer sessions to calculate the quantity. As indicated in paragraph "25." of the PSR, and based upon my presence at a number of those sessions, I believe that the defendant admitted only three other transactions in which he participated, one for one kilogram of cocaine, and two other much smaller transactions, which when added to the three kilos in this case, aggregates less than 5 kilograms.

**B.  The defendant's background**

The defendant, Jose Rodriguez, is currently 24 years of age, and a citizen of the Dominican Republic. He has no criminal record either in this country, or his native country. Prior to his arrest, he was living with Lillian Acosta and a family member in the Bronx. Lillian is the person who retained counsel in this case, and while the defendant expressed uncertainty about the prospects for their relationship in light of his deportation (PSR, ¶ "46."), she has remained supportive up to the date of the writing of this letter. She calls me on a weekly basis to inquire about the status and prospects of his case.

The defendant is the father of two young children. His mother currently maintains custody of his son, Raylin, age three. The defendant provided money to his mother to help care for his son from the jobs he was doing prior to his arrest. He was also responsible for providing money to help support his son, Junior, who lives with his mother and her parents in the Dominican Republic.

The defendant came to this country to attempt to make a better life for himself and to help provide for his two young sons. It was never his intention to become involved in any illegal activity. As reflected in the PSR, Mr. Rodriguez began to work immediately at a restaurant owned by his uncle Ramon as soon as he arrived

Honorable William H. Pauley, III
August 1, 2008
Page 4

here. He continued to work at the restaurant until the restaurant closed.

He then attempted to make ends meet by working at odd jobs, however, the work was sporadic and extremely low paying. Unfortunately, he did not have enough money to live, let alone send money back to the Dominican Republic to help support his children.

His situation was worsened by the health problems that his mother was experiencing. Prior to that time, she was able to care for herself and the defendant's 3-year-old son. The defendant's father is a farm worker, who does not earn sufficient money to support the family.

As indicated in the documents annexed hereto as "Exhibit A," the defendant's mother currently suffers from a myriad of health problems. She is afflicted with a severe case of hypertension, as well as other illnesses which require a substantial amount of medication. I have provided the information concerning the medicines she takes to attempt to determine the exact nature of her medical problems to both a certified Spanish Interpreter, as well as a pharmacist, who is Dominican. Unfortunately, neither has been able to provide me with the nature of the other medical problems she suffers from.

## C. Sentencing Recommendation

It appears clear that a sentence below the guideline range, which is ultimately calculated, is appropriate here. A non-guideline sentence is justified by the defendant's unblemished record, his family situation, and his mother's health problems.

A non-guideline sentence is also justified by the fact that the defendant will obviously be deported after the completion of whatever prison term is imposed by this court. While deportation of itself does not legally require the service of an additional prison term, it is an integral part of the punishment. Initially, after completing the service of his sentence in this case, it takes many months, during which the defendant will be incarcerated in county facilities, before he is actually deported. This is additional time in jail which will be not be credited to the prison term imposed by this court.

Honorable William H. Pauley, III
August 1, 2008
Page 5

Further, deportation also negates the necessity of punishment for the purpose of individual deterrence. Obviously, when the defendant is deported he will no longer be at liberty in this country to commit any future crimes, assuming he had the intention of doing so. We also respectfully suggest that there is little difference to society, in terms of general deterrence, if the defendant receives a guideline sentence and is then deported, than if he receives a lesser sentence prior to deportation.

Additionally, we do not believe that a guideline sentence will have a substantially greater effect in the State of New York to deter individuals here from engaging in the type of conduct at issue here than a lesser sentence would.

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc:     AUSA Chi T. Steve Kwok
        by facsimile
        w/encs.

        USPO Colleen Tyler
        by facsimile
        w/encs.

# EXHIBIT A

*cretaría de Estado de Salud Pública y Asistencia Social*



# HOSPITAL REGIONAL UNIVERSITARIO
# SAN VICENTE DE PAUL
Laboratorio Clinico
Tel.: 809-588-2327
San Francisco de Macorís, R.D



## DEPARTAMENTO DE PARASITOLOGIA

**ALISIS MACROSCOPICO:**

OR: _Marron_ ____ OLOR: _____ CONSISTENCIA: _Glandula_

**ALISIS QUIMICO:**

___ 4.0 _____ SANGRE OCULTA: _Negativa_

**ALISIS MICROSCOPICO:**

_Bacterias y levadura abundante_

_____

_____

_____

**SERVACIONES:**

HOSPITAL REGIONAL
SAN VICENTE DE PAUL
Departamento de Parasitología

JARIO: _Julia gonzalez_            FECHA: _23/08/07_

DICO: _____    BIOANALISTA: _Torres/De Jes_

A Y NO. CAMA: _E4 - # 7803_





# DISPENSARIO MEDICO
## "Santa Ana" RNC 41101416-7

Sonografía · Cardiología · Ginecología · Pediatría · Papanicolaou

Consulta General todos los días de 8:30 A.M. a 12:00 M. de 2:00 P.M. a 6:00 P.M.
los Sábados de 8:30 A.M. a 12:00 M.
San Francisco de Macorís, Rep. Dom. · Tel: 809-588-7542

### Fundado el 25 de Enero de 1972

℞

*[handwritten prescription]*

Nombre: _____

Fecha: _____  Edad: _____

Próxima Cita: _____

Impresos Selecciones
RNC 05500109333
Nº 01555

Imp. Selecciones, Tel. 588-7989  Cel. 809-436-9326

---



# DR. EMENEGILDO SANCHEZ E.
## Neuro Cirujano
Post-grado Hospital José María Cabral y Báez (PUCMM)

CENTRO MEDICO SIGLO XXI          Tel: 809-588-1717 ext. 245
C/ La Cruz Esq. Duarte                    Cel.: 829-717-2285
San Fco. de Macorís, Rep. Dom.              809-653-2009

℞

*[handwritten prescription]*

Nombre _____

Dirección _____

FECHA  15/9/07 .

003/030

06/26/2008  11:28 FAX  7189944937      PERSONAL-IUUCH



## LABORATORIO (Hoja de Resultados)

### QUIMICA SANGUINEA

EXAMEN ............................................ RESULTADOS
Fosfatasa Acida ........................................ Lab. Tres
Fosfatasa Alcalina ............................................
Urea ........................................................ Mg %
Creatinina ... 5.0 mg/dl  V-R  3.5-7.0
Glucosa ..... 125 mg/dl  V-R  60-110
Colesterol ... 233 mg/dl  V-R  150-250
Triglicéridos ... 625 mg/dl  V-R  10-150
Bilirrubina T ..............................................
T/D .................................................. mg/dl
T/GP ..............................................
T/GO ................................................ mg/dl
Sodio .......................................................
Acid. Uric ...................................................
OBSERVACIONES ......................................

### HEMATOLOGIA
Cuadro Hemático

G.R.  4,142,000 ........... G.B.  4,950
Neutrófilos ........ 55  %
Linfocitos ......... 45  %
Eosinófilos ............... —
Monocitos ................. —
Reticulocitos ............. —
Plaquetas ................. —
Hb  12.6 ....... Gr. ........... %V.G.
Hematocrito  38 ............ %HCM ............ %Hans
VCM ................... %CHCM
Eritrosed ................ —

### SEROLOGIA E INMUNOLOGIA

V.D.R. ...................................................
Factor Reumatoide .......................................
Antiestreptolisina "O" ...................................
Pr. C. del E.E. ..........................................
Proteina C. Reactiva .....................................
Observaciones ...........................................

### UROANALISIS Y COPROLOGIA
Orina Cualitativo

Color  Amarillo
Densidad  1.010
Aspecto  Ligero Turbio
Reacción  Acida .......... pH  5.0
Nitrito  Negativo
Albúmina  "
Glucosa  "
Acetona  "
Urobilinógeno  "
Bilirrubina  "
Sangre Oculta  "
Sedimento Microscópico

Epitelios  Algunos
Leucocitos  1-2/c
Hematíes  1-2 /c
Cilindros  —
P. Úricos  —
Uratos Amorfos  —
Células Granulosas  —
Bacterias  Escasas

### PARASITOLOGICO

Investigación ...........................................
Huevos del Parásito .....................................
Investigación de ........................................
Sangre Oculta ...........................................
Investigación de ........................................
Amebas ..................................................
Investigación de ........................................
Larvas ..................................................

### DIVERSOS

Muestra de  LIPIDOGRAMA :
Cituación anterior  HDL: 93 mg/dl
Método  V-R  35-65
   LDL:  15 mg/dl  V-R  HASTA  190

### EXAMEN DEL LIQUIDO CEFALO RAQUIDEO

Color .....................................................
Aspecto ...................................................
Células por mm³ ...........................................
Proteínas .................................................
Glucosa Pandy ............................................
Nonne .....................................................
Reacciones de Oro .........................................

Pandy
............
Globulinas                      Suero

........................................
Firma Responsable

Form. Or. No 8

**REPUBLICA DOMINICANA**
**JUNTA CENTRAL ELECTORAL**
OFICIALIA DEL ESTADO CIVIL
CERTIFICADO DE DECLARACION DE NACIMIENTO

OFICIALIA DEL ESTADO CIVIL DE _La Segunda Circunscripción_ El

inscrito CERTIFICA: que en el Libro-Registro de Nacimiento Num. _0707_ Folio _130_ marcada con

el Núm. _____ del año _____ de esta oficina, ha sido inscrita la declaración de nacimiento en fecha _____

del mes de _____ del año _____, hecha por _María Altagracia Batista_

Cédula de identidad y Electoral Núm. _143-000660_ según la cual, el día _14_ del mes de

_____ del año _2005_, nació en _Región Jiménez_

el niño _Paylin Jansen_

hij___ de _la declarante_

y _____

Expedido en _San Pedro Macorís_ el día _30_

del mes de _Noviembre_ del año _207_

OFICIAL DEL ESTADO CIVIL

# DR. EMENEGILDO SANCHEZ E.

Neuro Cirujano

Post-grado Hospital José María Cabral y Báez (PUCMM)

CENTRO MEDICO SIGLO XXI
C/ La Cruz Esq. Duarte
San Fco. de Macoris, Rep. Dom.

Tel: 809-588-1717ext. 245
Cel.: 829-717-2285
809-653-2009

℞

* Nasonex. spray nasal
aplicar 2 ves al día por 5 días

Nombre: Julio Gonzalez

Dirección:

FECHA: 15/9/07.

---

# DISPENSARIO MEDICO "Santa Ana"

RNC 41101416-7

Sonografía - Cardiología - Ginecología - Pediatría - Papanicolaus
Consulta General todos los días de 8:30 A.M. a 12:00 M. de 2:00 P.M. a 6:00 P.M.,
los Sábados de 8:30 A.M. a 12:00 M
San Francisco de Macorís, Rep. Dom. Tel.: 809-588-7542

Fundado el 25 de Enero de 1972

℞

[illegible]

18/01/2007

Nombre: [illegible] Gonzalez

Fecha:

Edad:

Próxima Cita:

Impresos Selecciones
RNC:05600109333
Nº 01555

**MATERNO INFANTIL DEL NORDESTE**
CALLE SALCEDO ESQ. PADRE BREA S.F.M.
Teléf.: 809-588-7080/ 138    Fax: 809-7251505

| Registrando fecha de inicio 9/11/2007 | INFORME RESUMEN ECG HOLTER | Registrando tiempo de inicio 10:00 |
|---|---|---|

| | | |
|---|---|---|
| Nombre pacte.: GONZALEZ JULIA | No. ID 000000455 | |
| Dirección: GENIMO | Edad: 44  Fecha n.20.9/1963 | Sexo: |
| Marcapasos: Ninguno | Peso:  Talla: | |
| Supervisado por | Referente | |
| Médico:  DR. ROMANO | Médico:  DR. ROMERO | |
| Indicaciones:  D/C DISRRITMIA | | |
| Medicamentos: | | |

### FREC. CARD.

| | |
|---|---|
| HR min.-4 intervalo: | 60 bpm a 3:13 |
| HR máx.-4 intervalo: | 142 bpm a 9:05 |
| HR promedio-24hrs.: | 94 bpm |
| HR min.-cada hora: | 77 bpm a 3:00 |
| HR máx.-cada hora: | 116 bpm a 8.00 |
| Latidos analizados: | 131357 |
| Minutos analizados: | 1432 |

### ECTOPIA VENTRICULAR

| | |
|---|---|
| VE total: | 0 |
| V-par total: | 0 |
| V-Corr. total: | 0 |
| V-Corr. más largo: | N/A |
| V-Corr HR máx.: | N/A |
| V-Corr HR min.: | N/A |
| VE por 1000/por hora: | 0.0 |
| R sobre T ventricular: | N/A |

### VARIAB. FRECUENCIA CARD.

| | |
|---|---|
| SDNN-24 horas: | 99 |
| SDANN Indice: | 92 |
| SDNN Indice: | 39 |
| rMSSD: | 32 |
| pNN50: | 12 |
| Potencia espectral-24 hrs.: | 1401.0 |
| Potencia espectral min. hr.: | 578.5 |
| Potencia espectral máx. hr.: | 3382.3 |

### ANÁLISIS SEGMENTO ST

| | |
|---|---|
| Min. totales ST can. 1: | 0 |
| Min. totales ST can. 2: | 0 |
| Min. totales ST can. 3: | 0 |
| Depresión máx. delta ST: | -0.4 a 08.27 |
| Elevación máx. delta ST: | +0.4 a 17:43 |
| Episodio ST máx : | N/A |
| HR máx. en episodio ST | 0 |

### ECTOPIA SUPRA-VENTRICULAR

| | |
|---|---|
| SVE total: | 0 |
| SV-Corr total: | 0 |
| SV-Corr más largo: | N/A |
| SV-Corr HR máx: | N/A |
| SVE por 1000/por hora: | 0.0 |
| Pulso aberrante total: | 4 |
| Fib/Murm. auricular: | N/A |

### BRADICARDIA

| | |
|---|---|
| Pausas sobre 2.5 seg: | 0 |
| Pausa máx.: | N/A |

**QT**

| | |
|---|---|
| QT máx. | 395 ms (Can. 1) |
| QTc máx | 464 ms |
| Tiempo de QT-QTc máx.: | en 21:15, HR 83 bpm. |
| Bloque de rama fascículo His (BBB): | N/A |

### EVENTOS ECG RELEVANTES



03:13        09.05

HR min.        HR máx.

### CONCLUSIONES

Frec. card. promedio fue 94.Frec. card. min. fue 60 en 03.13. Frec. card. máx. fue 142 en 09.05.Se obtuvo pausas mayores a 2 obtuvo 0 ectopia ventric., con 0 V. Corr y V.par, 0 eventos de bigeminismo y trigeminismo ventric.Se obtuvo 0 ectopia supra-ventric., co eventos de bigeminismo y trigeminismo supra-ventric Fib(Flu) A total fue 0    Minutos totales de episodio ST 0.

DX, DISRRITMIA CARDIACA TIPO TAQUICARDIA SINUSAL.

Firma del médico:

9/11/2007                         GONZALEZ JULIA                    Informe tendencias de 24 hrs.



Frecuencia cardiaca
(Máx/Prom/Min)

Frec. card. máx. 142

Frec. card. min. 60

Delta máx.
Desviación ST
Can. I

Can. 1
Nivel Delta ST 3.1mm 0

Frecuencia cardiaca
Variabilidad
SDNN 99

Histograma RR de 24 hrs.

Espectral
Potencia
1401.0

Potencia espectral a 24hrs.

Latidos VE
por hora

Evento V-Corr

Latidos SVE
por hora

Evento SV-Corr

| Tiempo | Total Latidos | Prom HR | Min HR | Max HR | SDNN | Espectral Potencia | Delta ST Can. 1 | Delta ST Can. 2 | Delta ST Can. V | VE | VPar | VCorr | SVE | SV Corr | Pausa >2.5 seg | SV-Dispe | SV-Trige | V-Dispe | V-Trige |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:00 | 5844 | 110 | 98 | 122 | 46 | 1313.3 | 0 | -0.1 | 0 | -0.1 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11:00 | 5903 | 108 | 100 | 128 | 58 | 868.4 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12:00 | 5507 | 104 | 95 | 118 | 47 | 981.5 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13:00 | 6179 | 111 | 101 | 122 | 32 | 621.4 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14:00 | 6184 | 101 | 98 | 122 | 39 | 578.5 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15:00 | 6032 | 113 | 101 | 128 | 37 | 870.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16:00 | 6006 | 102 | 94 | 113 | 41 | 1167.3 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17:00 | 6118 | 107 | 97 | 130 | 40 | 957.2 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18:00 | 5812 | 99 | 89 | 110 | 43 | 1139.5 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19:00 | 5910 | 100 | 91 | 116 | 40 | 1223.2 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20:00 | 5699 | 97 | 88 | 110 | 44 | 1310.0 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21:00 | 5142 | 86 | 81 | 105 | 62 | 869.9 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22:00 | 4951 | 82 | 76 | 88 | 44 | 1146.5 | 0 | 0.0 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23:00 | 4951 | 82 | 78 | 92 | 43 | 1471.4 | 0 | 0.0 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0:00 | 4818 | 80 | 75 | 84 | 50 | 1657.2 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1:00 | 4730 | 79 | 73 | 85 | 46 | 1473.1 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2:00 | 4684 | 78 | 74 | 83 | 45 | 2055.4 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3:00 | 4637 | 77 | 73 | 93 | 50 | 1645.9 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4:00 | 1659 | 78 | 73 | 89 | 86 | 2001.5 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5:00 | 4855 | 81 | 77 | 105 | 68 | 1782.8 | 0 | -0.1 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6:00 | 4935 | 82 | 77 | 94 | 56 | 1624.3 | 0 | -0.1 | 0 | 5.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7:00 | 5884 | 94 | 77 | 110 | 75 | 2377.7 | 0 | -0.1 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8:00 | 6571 | 116 | 104 | 140 | 13 | 1115.9 | 0 | 0.0 | 0 | -0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9:00 | 5676 | 106 | 97 | 128 | 60 | 1474.1 | 0 | -0.2 | 0 | -0.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10:00 | 0 | N/A | N/A | N/A | 0 | N/A | 0 | 0.0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Totales | 131357 | 94 | 73 | 140 | 99 | 1401.0 | 0 | -0.4 | 0 | 0.5 | 0 | 0.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

06/26/2008 11:30 FAX 7189944937          PERSONAL-TOUCH          ☑ 013/030

9/11/2007                         GONZALEZ JULIA              Análisis QTc y QT de 3 canales



QTc máx. 21:15

Análisis QTc validado:

< - 450 ms ...... 0.00%  N

> 450 ms ...... 100.00%  ABN

> 490 ms ...... 0.00%  ABN+

QTc máx. @ 21:15 ...... 464 ms

QT máx. @ 21:15 ...... 395 ms

Rango normal QTc: 350 a 450 ms

| Rango (ms) | < 350 | 350-370 | 370-390 | 390-410 | 410-430 | 430-450 | 450-470 | 470-490 | 490-510 | > 510 |
|---|---|---|---|---|---|---|---|---|---|---|
| QTc | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% | 0.00% |
| QT | 0.00% | 0.00% | 50.00% | 50.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |

Can. 1
HR
QTc
QT
Can. 1

Can. 2
HR
QTc
QT
Can. 2

Can. 3
HR
QTc
QT
Can. 3

Comentarios

Firma del médico:

9/11/2007      GONZALEZ JULIA      Informe variab. frec. card.



POTENCIA ESPECTRAL

24 HORAS — SDNN: 99, SDANN Indice: 92, SDNN Indice: 39, rMSSD: 32, pNN50: 12 — Potencia:1401.0 VLF:714.9 LF:376.2 HF:286.2

DESPIERTO: 06:00 - 22:00 — SDNN: 71, rMSSD: 27, pNN50: 7 — Potencia:1162.6 VLF:577.8 LF:425.0 HF:141.3

DORMIDO: 22:00 - 06:00 — SDNN: 55, rMSSD: 42, pNN50: 22 — Potencia:1847.9 VLF:972.7 LF:283.4 HF:858.5



DOMINIO DEL TIEMPO

TODA FREC. CARD. Tiempo: 24 horas — SDNN : 99

TODA FREC. CARD. DESPIERTO: 06:00 - 22:00 — SDNN : 71

TODA FREC. CARD. DORMIDO: 22:00 - 06:00 — SDNN : 55



| HRV RELATIVO A FREC. CARD. | | |
|---|---|---|
| QTY 5 min. | FREC. CARD. | SDNN |
| 0 | >= 170 | 0 |
| 0 | 140 - 169 | 0 |
| 0 | 110 - 139 | 0 |
| 205 | 80 - 109 | 74 |
| 975 | 50 - 79 | 134 |
| 0 | <= 49 | 0 |

| RIESGO DEL PACTE. (*) | |
|---|---|
| SDNN A 24 HRS   99 | |
| 0 | 0 |
| ALTO RIESGO | |
| 50 | 50 |
| RIESGO MEDIO | |
| 100 | 100 |
| BAJO RIESGO | |
| 150 | 150 |

POTENCIA ESPECTRAL

| | POTENCIA TOTAL 0.000 a 0.500 Hz | | FREC. MUY BAJA 0.003 a 0.040 Hz | | BAJA FRECUENCIA 0.010 a 0.150 Hz | | ALTA FRECUENCIA 0.150 a 0.401 Hz |
|---|---|---|---|---|---|---|---|
| | 1401.0 | | 714.9 | | 376.2 | | 286.2 |

DOMINIO DEL TIEMPO

| Tiempo | Total Latidos # | Calificado Latidos # | Media RR (mSeg) | SDNN (mSeg) | SDANN (mSeg) | SDNN INDICE (mSeg) | rMSSD (mSeg) | pNN50 (%) |
|---|---|---|---|---|---|---|---|---|
| Tiempo: 24 horas | 131357 | 124620 | 638.2 | 99 | 92 | 39 | 32 | 12 |

06/26/2008 11:30 FAX  7189944937        PERSONAL-TOUCH        @015/030

06/26/2008  11:31 FAX  7189944937          PERSONAL-TOUCH                    @016/030

9/11/2007                                    GONZALEZ JULIA              1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec



| HR | | | | 213 | 264 | 116 | | 114 | | 116 | | 116 | | 116 | | | 118 | | 118 | | 118 | | 116 |
| ms | | | | 281 | 226 | 515 | | 523 | | 515 | | 515 | | 515 | | | 507 | | 507 | | 507 | | 515 |
| | | | | | S | | | | | | | | | | | | | | | | | | |

15:05:52

| HR | | 120 | | 120 | | 121 |
| ms | | 500 | | 500 | | 492 |

15:06:00

| HR | | 156 | | 120 | | 110 | | 114 | | 116 | | 112 | | 116 | | 112 | | 114 |
| ms | | 382 | | 500 | | 507 | | 523 | | 515 | | 531 | | 515 | | 531 | | 523 |

15:06:08

9/11/2007                          GONZALEZ JULIA          1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec

| HR | 114 | 118 | 116 | 116 | 120 | 118 | 118 | 118 | 121 | 120 | 120 | 118 | 116 | 114 | 116 |
| ms | 523 | 507 | 515 | 515 | 500 | 507 | 507 | 507 | 492 | 500 | 500 | 507 | 515 | 523 | 515 |



15:06:52

| HR | 112 | 112 | 116 | 111 | 121 | 116 | 112 | 120 | 112 | 109 | 123 | 118 | 121 | 116 | 130 |
| ms | 531 | 531 | 515 | 539 | 492 | 515 | 531 | 500 | 531 | 546 | 484 | 507 | 492 | 515 | 460 |



15:07:00

| HR | 112 | 99 | 96 | 94 | 97 | 99 | 102 | 102 | 53 | 112 | 108 | 111 |
| ms | 531 | 601 | 625 | 632 | 617 | 601 | 585 | 585 | 1117 | 531 | 554 | 539 |



15:07:08

9/11/2007                          GONZALEZ JULIA              1.0x  2.0x  1.3x of 10 mm/mv      25mm/sec

| HR | 118 | 116 | 118 | 118 | | 121 | 123 | 130 | 125 | 121 | 128 | 132 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 507 | 515 | 507 | 507 | | 492 | 484 | 460 | 476 | 492 | 468 | 453 |

14:56:35

| HR | 125 | 125 | 118 | 130 | 125 | 125 | 125 | 118 | 125 | 134 | 125 | 120 | 132 | 125 | 125 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 476 | 507 | 460 | 476 | 476 | 476 | 507 | 476 | 445 | 476 | 500 | 453 | 476 | 476 | 500 |

14:56:43

| HR | 125 | 123 | 121 | 118 | 114 | 118 | 125 | 116 | 125 | 116 | 118 | 116 | 111 | 128 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ms | 476 | 484 | 492 | 507 | 523 | 507 | 476 | 515 | 476 | 515 | 507 | 515 | 539 | 468 | 500 |

14:56:51



9/11/2007                          GONZALEZ JULIA          1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec

| HR | 130 | 125 | 134 | 132 | 132 | 128 | 142 | 137 | 132 | 137 | 132 | 125 | 109 | 108 | 111 |
| ms | 460 | 476 | 445 | 453 | 453 | 468 | 421 | 437 | 453 | 437 | 453 | 476 | 546 | 554 | 539 |

09:10:59

| HR | 106 | 102 | 109 | 112 | 116 | 128 | 120 | 134 | 128 | 121 | 128 | 132 | 125 | 128 | 128 | 130 |
| ms | 562 | 585 | 546 | 531 | 515 | 468 | 500 | 445 | 468 | 492 | 468 | 453 | 476 | 468 | 468 | 460 |

09:11:07

| HR | 128 | 125 | 121 | 118 | 120 | 118 | 132 | 126 | 128 | 125 | 123 | 120 | 120 | 123 | 118 |
| ms | 468 | 476 | 492 | 507 | 468 | 507 | 453 | 460 | 468 | 476 | 484 | 500 | 500 | 484 | 507 |

09:11:15

9/11/2007                                    GONZALEZ JULIA          1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec

06/26/2008 11:32 FAX 7189944937    PERSONAL-TOUCH    022/030

9/11/2007    GONZALEZ JULIA    1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec

9/11/2007 GONZALEZ JULIA 1.0x 2.0x 1.5x of 10 mm/mv 25mm/sec

HR ms
78 765
78 765
78 765
73 812
73 812
79 757
79 757
78 765
81 734
03:12:55

HR ms
88 679
87 687
89 671
77 773
77 773
37 1609
71 835
79 757
89 671
03:13:03

HR ms
88 679
86 695
86 695
80 750
77 773
77 773
82 726
80 742
82 726
84 710
03:13:11

9/11/2007                              GONZALEZ JULIA        1.0x  2.0x  1.5x of 10 mm/mv    25mm/sec

| HR | 132 | 125 | 132 | 120 | 130 | 131 | 125 | 121 | 125 | 123 | 126 | 118 | 123 | 125 | 120 |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| ms | 453 | 476 | 460 | 500 | 460 | 492 | 476 | 492 | 476 | 484 | 460 | 476 | 507 | 484 | 476 | 468 |



09:04:55

| HR | 125 | 139 | 130 | 142 | 137 | 134 | 137 | 147 | 142 | 142 | 142 | 139 | 134 | 128 | 109 | 109 |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| ms | 476 | 429 | 460 | 421 | 437 | 445 | 437 | 406 | 421 | 421 | 421 | 429 | 445 | 468 | 546 | 546 |



09:05:03

| HR | 105 | 118 | 114 | 116 | 116 | 120 | 125 | 121 | 125 | 121 | 137 | 130 | 130 | 130 | 133 |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| ms | 570 | 507 | 523 | 515 | 515 | 500 | 476 | 492 | 476 | 492 | 437 | 460 | 460 | 460 | 453 |



09:05:11

06/26/2008 11:33 FAX 1185544537          PERSONAL-TOUCH                    025/030

9/11/2007                          GONZALEZ JULIA          1.0x  2.0x  1.5x of 10 mm/mv     25mm/sec

06/26/2008 11:33 FAX 7189944937     PERSONAL-TOUCH     027/030

## PARASITOLOGICO

- Investigación
- Huevos de Parásitos
- Investigación de
- Sangre Oculta
- Investigación de
- Amibas
- Investigación de
- Larvas

### DIVERSOS

Muestra de: _Quique J. Ruiz_
Examinada el: _Particular 91-320_
Método: _Act. 94pu Bileo_

### EXAMEN DEL LIQUIDO CEFALO-RAQUIDEO

- Color
- Aspecto
- Cuenta de Células
- Glucosa
- Gamma Globulina
- V D R L
- Reacción de Lange

Prueba de Embarazo { Cual.     San.

## SEROLOGIA E INMUNOLOGIA

- V D R L
- Proteína C R
- Antiestreptolisina "O"
- A. Gonadal B
- Proteína C Reactiva
- Observaciones:

## UROANALISIS Y COPROLOGIA
### Orina (Cualitativo)

- Color     Amarillo
- Densidad     1.020
- Reacción     ácida
- Aspecto
- Proteínas     Negativo
- Glucosa     —
- Acetona     —
- Urobilinógeno     —
- Bilirrubina     —
- Sangre Oculta     —
- EXAMEN MICROSCOPICO
- Examen: _Alguna Eneulante_
- Leucocitos
- Hematíes
- Cristales
- E. Mucus
- Células Ital.
- Cilindros Granulosos
- Bacterias

## LABORATORIO (Hoja de Resultados)

### QUIMICA SANGUINEA

| EXAMEN | RESULTADOS | | |
|---|---|---|---|
| Glucosa Ayunas | | Mgs. % | |
| Proteínas Totales | | | |
| Urea | | Mg. | |
| Acido Urico | | | |
| Creatinina | | | |
| Colesterol | | | |
| Calcio | | | |
| Triglicéridos | | | |
| Bilirrubina | | Mg% | |
| TGO | | | |
| TGP | | | |
| Fósforo | | Mgs. % | |
| Cloro | | | |
| Na⁺ — K⁺ | | | |
| OBSERVACIONES: | | | |

### HEMATOLOGIA
#### Cuadro Hemático

- G. R.     mm 3
- Hb.     G.     H.G
- Hematocrito     %
- Leucocitos
- Linfocitos
- Eosinófilos
- Monocitos
- Cayados
- Segmentados
- Plaquetas
- Hb.     G.     %.G     mgs.
- Hematocrito     % CHCM
- VCM
- Reticulos     ml CHCM

# HEMATOLOGIA I

## HEMOGRAMA COMPLETO

| | | |
|---|---|---|
| Hemoglobina | gr/dl | % |
| Hematocrito | | % |
| Eritrocitos | /mm³ | |
| Leucocitos | /mm³ | |

## INDICES HEMATICOS — Valores de Referencia

| | | |
|---|---|---|
| VCM | µ³ | 81-101 u |
| HCM | µµgm | 27-31 µµgm |
| CHCM | % | 32-36 % |

## RECUENTO DIFERENCIAL

| | | | |
|---|---|---|---|
| Mieloplasto | % | Segmentados | % |
| Promielocitos | % | Linfocitos | % |
| Mielocitos | % | Monocitos | % |
| Metamielocito | % | Eosinófilos | % |
| Bandas | % | Basófilos | % |

## OBSERVACIONES:

| | |
|---|---|
| Hipocromia | Poiquilocitosis |
| Anisocitosis | Céls. en diana |
| Macrocitosis | Céls. crenadas |
| Microcitosis | Macroplaquetas |

| DETERMINACION | RESULTADOS | Valor de referencia |
|---|---|---|
| Eritrosedimentación | mm/h | |
| Conteo Eosinófilos | /mm³ | |
| Conteo Plaquetas | /mm³ | |
| Conteo Reticulocitos | % | |
| Reticulocitos corregidos | | |
| Crioglobulinemia | | |
| Inv. Células L.E. | | |
| Inv. Hematozoarios | | |

## PARASITOLOGIA
### INVESTIGACION SANGRE OCULAR

### INVESTIGACION PARASITOS

### TIPIFICACION

### SEROLOGIA

VDRL (Cuantitativo)
UDRL (Cualitativo)
CRP
ASO
FR

HIV
HBSAG
HVC

### FIRMA RESPONSABLE

# HEMATOLOGIA I

## HEMOGRAMA COMPLETO

## INDICES HEMATICOS — Valores de Referencia

## RECUENTO DIFERENCIAL

## OBSERVACIONES

## PARASITOLOGIA
### INVESTIGACION SANGRE OCULAR

### INVESTIGACION PARASITOS

### SEROLOGIA

### FIRMA RESPONSABLE

# HEMATOLOGIA:

HEMOGRAMA COMPLETO

Hemoglobina
Hematocrito
Eritrocitos
Leucocitos

INDICES HEMATICOS     Valores de Referencia

VCM
HCM
CHCM

RECUENTO DIFERENCIAL

Mielocitos
Promielocitos
Metamielocitos
Mielocitos
Bandas
ABSER/CAYADOS
Neutrofilos
Linfocitos
Monocitos
Eosinofilos

Segmentados
Linfocitos
Monocitos
Eosinofilos
Basofilos

Normoblastos
Celulas cestos
Celulas blastos
Plaquetas bajas

Segmentados
Linfocitos

ERITROMORFO

PLAQUETAS

ERITROMORFOLOGIA

Tamaño Eritrocitos
Color/Pigmentacion
Morfologia Eritrocitos

Hto Poiquilocitosis

INVESTIGACION PARASITOS

PAPA-?-?-?-?
RECUENTO EN ?-?-?-? OCULAR

TIPIFICACION

SEROLOGIA

VDRL (CUALITAT.)
(CUANTITA.)
CRP
PCR
ASO

FIRMA RESPONSABLE

## HOSPITAL REGIONAL SAN VICENTE DE PAUL

### CALLE CRISTINO ZENO ESQ. LUPERON, SAN FCO DE MACORIS

### TEL: 809-588-2327

*Datos Paciente*

Nombre

JULIA FALCONERYS
, GONZALEZ

Sexo                              Fecha Nacimiento

Mujer

Análisis realizado por

EXT.

Otros datos

699

| Tipo de Muestra | SER | | | Fecha | 2/11/2008 |
|---|---|---|---|---|---|
| Técnica | Valor | Unidades | Rango Referencia | Observaciones | |
| CHOL LDL DIRECT | 199 | mg/dL | 30-150 | Alto | |
| CHOL HDL DIRECT | 51.8 | mg/dL | 35-60 | | |
| TRIGLYCERIDES | 166 | mg/dL | 35-150 | Alto | |
| CHOLESTEROL | 280 | mg/dL | 123-200 | Alto | |



HOSPITAL REGIONAL SAN VICENTE DE PAUL

Interim Report